

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2022

No. 04-22-00123-CV

Kiera **MATHIS**,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI13518
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Lori I. Valenzuela, Justice

On April 2, 2022, this court received appellant's brief. The brief violates the Texas Rules of Appellate Procedure in that it:

1.  does not contain any citations to the record, *see* TEX. R. APP. P. 38.1(g), (i);
2.  does not certify proof of service, *see* TEX. R. APP. P. 9.5(d)–(e); and
3.  includes minor's names in the appendix, *see* TEX. R. APP. P. 9.8–9.9.

It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief in compliance with the Texas Rules of Appellate Procedure **no later than April 15, 2022** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2022.



Michael A. Cruz,
Clerk of Court